# "Exhibit 3"

WV SOS Corporation - Search Results                                                Page 1 of 1



Name:          G & S TOBACCO DEALERS, L.L.C.
Type:      LLC      Eff Date:   5/10/2002 Ch Type:   D      Term Date:      5/10/2101
Sec Type:          Fil Date:   5/10/2002 Class:     P      Term Reas:      X

Amendment Information

| Amend Date | Amendment |
|---|---|
| 10/27/2005 | AMENDMENT TO ARTICLE XII FILED |
| 7/20/2007 | AMENDMENT FILED CHANGING ADDR; AGENT AND MANAGER TO CINDY WOODWARD |

Records Found: 2

http://www.wvsos.com/wvcorporations/AmendInfo.asp                          11/13/2008